Joseph Schneiderman, appellee, v. Home Bank and Trust Company et al., defendants, on appeal of Ellsworth T. Martin, appellant. Gen. No. 36,422.

Opinion filed April 10, 1933.

Stephen A. Cross, for appellant. Henry W. Kenoe, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Nick Ortoleva, appellee, v. The John Hancock Mutual Life Insurance Company of Boston, Massachusetts, appellant. Gen. No. 36,434.

Opinion filed April 10, 1933. Rehearing denied April 24, 1933.

Hoyne, O'Connor & Rubinkam, for appellant. Joseph B. Lofton, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Louis Yablin, trading as the Chicago Float Works, appellee, v. The Union Products Company, appellant. Gen. No. 36,451.

Opinion filed April 10, 1933. Rehearing denied April 24, 1933.

Blanksten, Freeman & Freeman, for appellant. Herman Aschin, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Bertha Gers, appellee, v. Benefit Association of Railway Employees, appellant. Gen. No. 36,504.

Opinion filed April 10, 1933. Rehearing denied April 24, 1933.

Stebbins & L'Amoreaux, for appellant; John M. Allen, of counsel. Bederman, Klein & Gralnek, for appellee; Richard R. Klein, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.